Judge: Christopher M. Alston
Chapter: 13
Hearing Date: February 11, 2016
Hearing Time: 9:30 am
Hearing Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle,WA 98101-8101
Response Date: February 04, 2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JEREMY ROBERT WEIKERT,<br><br>                    Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 15-16564<br><br>NOTICE OF MOTION AND HEARING |

PLEASE TAKE NOTICE that the Chapter 13 Trustee's **Motion to Dismiss Case** IS SET FOR HEARING as follows:

    Judge: Christopher M. Alston

    Place: Judge Alston's Courtroom
           700 Stewart St #7206
           Seattle,WA 98101-8101

    Date: February 11, 2016

    Time: 9:30 am

IF YOU OPPOSE the motion, you must file your **written response** with the Court Clerk and serve two (2) copies on the Chapter 13 Trustee NOT LATER THEN THE RESPONSE DATE, which is February 04, 2016.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: January 12, 2016

                                                   */s/K. Michael Fitzgerald*
                                                   K. Michael Fitzgerald, WSBA# 8115
                                                   Chapter 13 Trustee

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM160
jwa

Case 15-16564-CMA    Doc 16    Filed 01/12/16    Ent. 01/12/16 15:04:34    Pg. 1 of 3

Judge: Christopher M. Alston
Chapter: 13
Hearing Date: February 11, 2016
Hearing Time: 9:30 am
Hearing Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle,WA 98101-8101
Response Date: February 04, 2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JEREMY ROBERT WEIKERT,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-16564

TRUSTEE'S MOTION TO DISMISS CASE

The Trustee moves to dismiss this case as follows:

The debtor filed a plan on November 04, 2015 (ECF No. 2).

(1) The debtor is delinquent on his plan payments, although the Trustee received $581.69 from a wage deduction on January 5, 2016. (2) Based on the filed and / or scheduled claims, the debtor's plan is not feasible. The Trustee estimates that the monthly plan payment presently needs to increase to at least $2,000.00. The claims bar deadlines are March 14, 2016 (non-governmental) and May 2, 2016 (governmental). If additional claims are filed, if the claims exceed estimates, or if claims are amended to a greater amount, the Trustee's estimate will likely increase. (3) The Trustee reserves the right to assert additional bases for this pleading.

THE TRUSTEE REQUESTS:

An order dismissing this case.

Dated: January 12, 2016

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

TRUSTEE'S MOTION TO DISMISS CASE - 1

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JEREMY ROBERT WEIKERT,

              Debtor.

IN CHAPTER 13 PROCEEDING
NO. 15-16564

*Proposed*
ORDER DISMISSING CASE

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion to dismiss case, proper notice having been given, and the Court having examined the files and records, having heard any argument of counsel, and being fully advised, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

ORDER DISMISSING CASE

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM160
jwa